**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-24003-WPD**

ETHAN LOVELESS,

      Plaintiff,

v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC; and
CAPITAL ONE, NATIONAL
ASSOCIATION;

      Defendants.

_____/

**DEFENDANT TRANS UNION LLC'S**
**ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW, Trans Union LLC ("Trans Union"), one of the Defendants herein, and files its Answer and Defenses to Plaintiff's Complaint ("Complaint") filed by Ethan Loveless ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

**PARTIES**

1.     Trans Union admits that Plaintiff is a natural person. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

2.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

3.     Trans Union admits that it is a Delaware limited liability company with its principal place of business in Chicago, Illinois. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

1

4.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## JURISDICTION AND VENUE

5.      Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.  Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

6.      Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union denies the remaining allegations of this paragraph.

7.      Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.  Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

## FACTUAL ALLEGATIONS

8.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

9.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

10.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

11.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

12.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

13.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16.     Trans Union denies the allegations of this paragraph.

17.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

18.     Trans Union admits that on March 22, 2026, it received an internet dispute purporting to be from Plaintiff regarding a Discover account. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

19.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

20.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

21.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

22.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

24.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

25.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

26.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

27.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

29.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## COUNT I – EXPERIAN'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681c-2

30.     Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

31.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

32.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

33.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

34.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

35.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

36.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

37.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

38.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

5

39.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

40.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

41.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

42.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

43.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

44.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

45.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

46.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

47.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

48.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

49.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

50. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

51. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

52. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

53. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

54. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

55. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

56. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

57. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

### COUNT II – EXPERIAN'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i

58. Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

59. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

7

60.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

61.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

62.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

63.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

64.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

65.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

66.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

67.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

68.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

69.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

70.     Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

71. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

72. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

73. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

74. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

75. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

76. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

77. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

78. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

79. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

80. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

81. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

82. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

83. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

84. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

85. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

86. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

87. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

88. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

89. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

90. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

**COUNT III – EXPERIAN'S VIOLATION OF THE FAIR
CREDIT REPORTING ACT 15 U.S.C. § 1681e(b)**

91. Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

92. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

93. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

94. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

95. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

96. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

97. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

98. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

99. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

100. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

101. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

102. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

103. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

104. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

105. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

106. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

107. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

108. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

109. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

110. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

111. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

112. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

113. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

114. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

115. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

116. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

117. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

118. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

119. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

120. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

### COUNT IV – TRANS UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681c-2

121. Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

122. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*   Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

123. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

13

124. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

125. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

126. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

127. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

128. Trans Union denies the allegations of this paragraph.

129. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

130. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

131. Trans Union denies the allegations of this paragraph.

132. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

133. Trans Union denies the allegations of this paragraph.

14

134.    Trans Union denies the allegations of this paragraph.

135.    Trans Union denies the allegations of this paragraph.

136.    Trans Union denies the allegations of this paragraph.

137.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

138.    Trans Union denies the allegations of this paragraph.

139.    Trans Union denies the allegations of this paragraph.

140.    Trans Union denies the allegations of this paragraph.

141.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

142.    Trans Union denies the allegations of this paragraph.

143.    Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

144.    Trans Union denies the allegations of this paragraph.

145.    Trans Union denies the allegations of this paragraph.

146.    Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

147.    Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT V – TRANS UNION'S VIOLATION OF THE FAIR
## CREDIT REPORTING ACT 15 U.S.C. § 1681i

148.     Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

149.     Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

150.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

151.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

152.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

153.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

154.     Trans Union denies the allegations of this paragraph.

155.     Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

156.     Trans Union denies the allegations of this paragraph.

157.     Trans Union denies the allegations of this paragraph.

158.     Trans Union denies the allegations of this paragraph.

16

159. Trans Union denies the allegations of this paragraph.

160. Trans Union denies the allegations of this paragraph.

161. Trans Union denies the allegations of this paragraph.

162. Trans Union denies the allegations of this paragraph.

163. Trans Union denies the allegations of this paragraph.

164. Trans Union denies the allegations of this paragraph.

165. Trans Union denies the allegations of this paragraph.

166. Trans Union denies the allegations of this paragraph.

167. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

168. Trans Union denies the allegations of this paragraph.

169. Trans Union denies the allegations of this paragraph.

170. Trans Union denies the allegations of this paragraph.

171. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

172. Trans Union denies the allegations of this paragraph.

173. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

174. Trans Union denies the allegations of this paragraph.

175. Trans Union denies the allegations of this paragraph.

176. Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

17

177. Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT VI – TRANS UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681e(b)

178. Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

179. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

180. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

181. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

182. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

183. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

184. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

185. Trans Union denies the allegations of this paragraph.

186. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

187. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

188. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

189. Trans Union denies the allegations of this paragraph.

190. Trans Union denies the allegations of this paragraph.

191. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

192. Trans Union denies the allegations of this paragraph.

193. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

194. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

195. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

196. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

197. Trans Union denies the allegations of this paragraph.

198. Trans Union denies the allegations of this paragraph.

199. Trans Union denies the allegations of this paragraph.

200. Trans Union denies the allegations of this paragraph.

201. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

202. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

203. Trans Union denies the allegations of this paragraph.

204. Trans Union denies the allegations of this paragraph.

205. Trans Union denies the allegations of this paragraph.

206. Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

207. Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

### COUNT VII – CAPITAL ONE'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681s-2(b)

208. Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

20

209.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

210.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

211.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

212.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

213.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

214.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

215.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

216.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

217.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

218.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

219.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

220. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

221. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

222. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

223. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

224. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

225. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

226. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

227. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

228. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

229. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

230. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

231.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

232.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

233.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

234.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

235.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

### Relief Requested

Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

### Plaintiff respectfully demands trial by jury

Trans Union admits that Plaintiff demands a jury and objects to the extent that any of the issues demanded are not so triable.

### DEFENSES

236.    At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

23

237.    Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

238.    Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

239.    Trans Union at all times acted in compliance with the FCRA.

240.    Plaintiff failed to mitigate his alleged damages.

241.    Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

242.    In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

243.    Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

244.    Trans Union reserves the right to assert additional defenses that it may learn of through the course discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Charlotte A. Long*

Charlotte A. Long
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
(469) 578-1464
*Counsel for Trans Union LLC*

25

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Charlotte A. Long

26