**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **ETHAN LOVELESS,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>**CAPITAL ONE NATIONAL** )<br>**ASSOCIATION, SUCCESSOR BY** )<br>**MERGER TO DISCOVER BANK,** )<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC. and TRANS UNION,** )<br>**LLC,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 1:26-cv-24003** |

<u>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CAPITAL ONE, N.A.**</u>

**COMES NOW** Defendant Capital One, N.A., successor by merger to Discover Bank, ("Capital One"), and hereby submits this Answer to the Complaint filed by Plaintiff Ethan Loveless ("Plaintiff"), stating as follows:

<u>**PARTIES**</u>

1. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and, therefore, denies the same and demands strict proof thereof.

2. Capital One admits that it is a national association with its principal place of business in McLean, Virginia. Otherwise, denied.

3. Capital One admits that Trans Union is a Delaware corporation with its principal place of business in Illinois. Except as expressly admitted herein, denied.

68965853 v1

4.      Capital One admits that Experian is an Ohio corporation with its principal place of business in California. Except as expressly admitted herein, denied.

## JURISDICTION AND VENUE

5.      The allegations in Paragraph 5 call for a legal conclusion to which no response from Capital One is required. To the extent a response is required, Capital One admits that Plaintiff asserts purported claims in this action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*., ("FCRA"), but denies that Plaintiff has stated any valid FCRA claim for relief against Capital One, denies that Capital One violated the FCRA at any time, and demands strict proof thereof. Capital One further admits that the FCRA and 28 U.S.C. § 1331 speak for themselves and denies any inconsistent characterization thereof.

6.      The allegations in Paragraph 6 call for a legal conclusion to which no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and, therefore, denies the same and demands strict proof thereof.

7.      The allegations in Paragraph 7 call for a legal conclusion to which no response from Capital One is required. To the extent a response is required, Capital One admits only that it conducts business in this judicial district. Otherwise, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and, therefore, denies the same and demands strict proof thereof.

## FACTUAL ALLEGATIONS

8.      Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and, therefore, denies the same and demands strict proof thereof.

9.     Capital One denies the allegations in Paragraph 9 and demands strict proof thereof.

10.     Capital One denies the allegations in Paragraph 10 and demands strict proof thereof.

11.     Capital One denies the allegations in Paragraph 11 and demands strict proof thereof.

12.     Capital One admits that Plaintiff's Discover account was in default and was subsequently charged-off during 2021 but denies that the account was fraudulent and demands strict proof thereof.

13.     Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and, therefore, denies the same and demands strict proof thereof.

14.     Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and, therefore, denies the same and demands strict proof thereof.

15.     Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and, therefore, denies the same and demands strict proof thereof.

16.     Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and, therefore, denies the same and demands strict proof thereof.

17.     Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and, therefore, denies the same and demands strict proof thereof.

18. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and, therefore, denies the same and demands strict proof thereof.

19. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and, therefore, denies the same and demands strict proof thereof.

20. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and, therefore, denies the same and demands strict proof thereof.

21. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and, therefore, denies the same and demands strict proof thereof.

22. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and, therefore, denies the same and demands strict proof thereof.

23. Capital One admits only that it received notice of certain disputes from credit reporting agencies regarding Plaintiff's account. Otherwise, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, therefore, denies the same and demands strict proof thereof.

24. The allegations in Paragraph 24 call for a legal conclusion to which no response from Capital One is required. To the extent a response is required, Capital One admits only that the FCRA speaks for itself and denies any inconsistent characterization of the same. Otherwise,

Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, therefore, denies the same and demands strict proof thereof.

25. Capital One denies the allegations in Paragraph 25 and demands strict proof thereof.

26. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, therefore, denies the same and demands strict proof thereof.

27. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and, therefore, denies the same and demands strict proof thereof.

28. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and, therefore, denies the same and demands strict proof thereof.

29. Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and, therefore, denies the same and demands strict proof thereof.

## COUNT I – EXPERIAN'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681c-2

30. The allegations in Paragraph 30 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and, therefore, denies the same and demands strict proof thereof.

31. The allegations in Paragraph 31 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and, therefore, denies the same and demands strict proof thereof.

32.     The allegations in Paragraph 32 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and, therefore, denies the same and demands strict proof thereof.

33.     The allegations in Paragraph 33 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and, therefore, denies the same and demands strict proof thereof.

34.     The allegations in Paragraph 34 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and, therefore, denies the same and demands strict proof thereof.

35.     The allegations in Paragraph 35 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and, therefore, denies the same and demands strict proof thereof.

36.     The allegations in Paragraph 36 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and, therefore, denies the same and demands strict proof thereof.

37. The allegations in Paragraph 37 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and, therefore, denies the same and demands strict proof thereof.

38. The allegations in Paragraph 38 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and, therefore, denies the same and demands strict proof thereof.

39. The allegations in Paragraph 39 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and, therefore, denies the same and demands strict proof thereof.

40. The allegations in Paragraph 40 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, therefore, denies the same and demands strict proof thereof.

41. The allegations in Paragraph 41 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, therefore, denies the same and demands strict proof thereof.

42. The allegations in Paragraph 42 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and, therefore, denies the same and demands strict proof thereof.

43. The allegations in Paragraph 43 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and, therefore, denies the same and demands strict proof thereof.

44. The allegations in Paragraph 44 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and, therefore, denies the same and demands strict proof thereof.

45. The allegations in Paragraph 45 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, therefore, denies the same and demands strict proof thereof.

46. The allegations in Paragraph 46 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and, therefore, denies the same and demands strict proof thereof.

47. The allegations in Paragraph 47 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and, therefore, denies the same and demands strict proof thereof.

48.     The allegations in Paragraph 48 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and, therefore, denies the same and demands strict proof thereof.

49.     The allegations in Paragraph 49 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and, therefore, denies the same and demands strict proof thereof.

50.     The allegations in Paragraph 50 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and, therefore, denies the same and demands strict proof thereof.

51.     The allegations in Paragraph 51 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and, therefore, denies the same and demands strict proof thereof.

52.     The allegations in Paragraph 52 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and, therefore, denies the same and demands strict proof thereof.

53.     The allegations in Paragraph 53 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and, therefore, denies the same and demands strict proof thereof.

54. The allegations in Paragraph 54 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and, therefore, denies the same and demands strict proof thereof.

55. The allegations in Paragraph 55 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and, therefore, denies the same and demands strict proof thereof.

56. The allegations in Paragraph 56 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and, therefore, denies the same and demands strict proof thereof.

57. The allegations in Paragraph 57 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and, therefore, denies the same and demands strict proof thereof.

<div align="center">

**COUNT II – EXPERIAN'S VIOLATION OF THE FAIR
CREDIT REPORTING ACT 15 U.S.C. § 1681i**

</div>

58. The allegations in Paragraph 57 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and, therefore, denies the same and demands strict proof thereof.

59. The allegations in Paragraph 59 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and, therefore, denies the same and demands strict proof thereof.

60. The allegations in Paragraph 60 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and, therefore, denies the same and demands strict proof thereof.

61. The allegations in Paragraph 61 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and, therefore, denies the same and demands strict proof thereof.

62. The allegations in Paragraph 62 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and, therefore, denies the same and demands strict proof thereof.

63. The allegations in Paragraph 63 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and, therefore, denies the same and demands strict proof thereof.

64. The allegations in Paragraph 64 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and, therefore, denies the same and demands strict proof thereof.

65. The allegations in Paragraph 65 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and, therefore, denies the same and demands strict proof thereof.

66. The allegations in Paragraph 66 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and, therefore, denies the same and demands strict proof thereof.

67. The allegations in Paragraph 67 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and, therefore, denies the same and demands strict proof thereof.

68. The allegations in Paragraph 68 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and, therefore, denies the same and demands strict proof thereof.

69. The allegations in Paragraph 69 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and, therefore, denies the same and demands strict proof thereof.

70.     The allegations in Paragraph 70 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and, therefore, denies the same and demands strict proof thereof.

71.     The allegations in Paragraph 71 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and, therefore, denies the same and demands strict proof thereof.

72.     The allegations in Paragraph 72 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and, therefore, denies the same and demands strict proof thereof.

73.     The allegations in Paragraph 73 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and, therefore, denies the same and demands strict proof thereof.

74.     The allegations in Paragraph 74 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and, therefore, denies the same and demands strict proof thereof.

75.     The allegations in Paragraph 75 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and, therefore, denies the same and demands strict proof thereof.

76. The allegations in Paragraph 76 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 and, therefore, denies the same and demands strict proof thereof.

77. The allegations in Paragraph 77 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and, therefore, denies the same and demands strict proof thereof.

78. The allegations in Paragraph 78 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and, therefore, denies the same and demands strict proof thereof.

79. The allegations in Paragraph 79 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and, therefore, denies the same and demands strict proof thereof.

80. The allegations in Paragraph 80 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and, therefore, denies the same and demands strict proof thereof.

81.     The allegations in Paragraph 81 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and, therefore, denies the same and demands strict proof thereof.

82.     The allegations in Paragraph 82 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and, therefore, denies the same and demands strict proof thereof.

83.     The allegations in Paragraph 83 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and, therefore, denies the same and demands strict proof thereof.

84.     The allegations in Paragraph 84 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 and, therefore, denies the same and demands strict proof thereof.

85.     The allegations in Paragraph 85 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and, therefore, denies the same and demands strict proof thereof.

86.     The allegations in Paragraph 86 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and, therefore, denies the same and demands strict proof thereof.

87.     The allegations in Paragraph 87 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and, therefore, denies the same and demands strict proof thereof.

88.     The allegations in Paragraph 88 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and, therefore, denies the same and demands strict proof thereof.

89.     The allegations in Paragraph 89 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and, therefore, denies the same and demands strict proof thereof.

90.     The allegations in Paragraph 90 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and, therefore, denies the same and demands strict proof thereof.

## COUNT III – EXPERIAN'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681e(b)

91.     The allegations in Paragraph 91 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 and, therefore, denies the same and demands strict proof thereof.

92. The allegations in Paragraph 92 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 and, therefore, denies the same and demands strict proof thereof.

93. The allegations in Paragraph 93 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 and, therefore, denies the same and demands strict proof thereof.

94. The allegations in Paragraph 94 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and, therefore, denies the same and demands strict proof thereof.

95. The allegations in Paragraph 95 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and, therefore, denies the same and demands strict proof thereof.

96. The allegations in Paragraph 96 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and, therefore, denies the same and demands strict proof thereof.

97. The allegations in Paragraph 97 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and, therefore, denies the same and demands strict proof thereof.

98. The allegations in Paragraph 98 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and, therefore, denies the same and demands strict proof thereof.

99. The allegations in Paragraph 99 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and, therefore, denies the same and demands strict proof thereof.

100. The allegations in Paragraph 100 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and, therefore, denies the same and demands strict proof thereof.

101. The allegations in Paragraph 101 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 and, therefore, denies the same and demands strict proof thereof.

102. The allegations in Paragraph 102 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 and, therefore, denies the same and demands strict proof thereof.

103.    The allegations in Paragraph 103 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 and, therefore, denies the same and demands strict proof thereof.

104.    The allegations in Paragraph 104 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 and, therefore, denies the same and demands strict proof thereof.

105.    The allegations in Paragraph 105 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 and, therefore, denies the same and demands strict proof thereof.

106.    The allegations in Paragraph 106 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and, therefore, denies the same and demands strict proof thereof.

107.    The allegations in Paragraph 107 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 and, therefore, denies the same and demands strict proof thereof.

108.    The allegations in Paragraph 108 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and, therefore, denies the same and demands strict proof thereof.

109. The allegations in Paragraph 109 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and, therefore, denies the same and demands strict proof thereof.

110. The allegations in Paragraph 110 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and, therefore, denies the same and demands strict proof thereof.

111. The allegations in Paragraph 111 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 and, therefore, denies the same and demands strict proof thereof.

112. The allegations in Paragraph 112 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and, therefore, denies the same and demands strict proof thereof.

113. The allegations in Paragraph 113 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 and, therefore, denies the same and demands strict proof thereof.

114. The allegations in Paragraph 114 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 and, therefore, denies the same and demands strict proof thereof.

115. The allegations in Paragraph 115 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 and, therefore, denies the same and demands strict proof thereof.

116. The allegations in Paragraph 116 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 and, therefore, denies the same and demands strict proof thereof.

117. The allegations in Paragraph 117 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 and, therefore, denies the same and demands strict proof thereof.

118. The allegations in Paragraph 118 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 and, therefore, denies the same and demands strict proof thereof.

119. The allegations in Paragraph 119 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 and, therefore, denies the same and demands strict proof thereof.

120.    The allegations in Paragraph 120 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 and, therefore, denies the same and demands strict proof thereof.

## COUNT IV – TRANS UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681c-2

121.    The allegations in Paragraph 121 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 and, therefore, denies the same and demands strict proof thereof.

122.    The allegations in Paragraph 122 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 and, therefore, denies the same and demands strict proof thereof.

123.    The allegations in Paragraph 123 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and, therefore, denies the same and demands strict proof thereof.

124.    The allegations in Paragraph 124 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 and, therefore, denies the same and demands strict proof thereof.

125. The allegations in Paragraph 125 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and, therefore, denies the same and demands strict proof thereof.

126. The allegations in Paragraph 126 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 and, therefore, denies the same and demands strict proof thereof.

127. The allegations in Paragraph 127 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 and, therefore, denies the same and demands strict proof thereof.

128. The allegations in Paragraph 128 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 and, therefore, denies the same and demands strict proof thereof.

129. The allegations in Paragraph 129 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and, therefore, denies the same and demands strict proof thereof.

130. The allegations in Paragraph 130 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and, therefore, denies the same and demands strict proof thereof.

131. The allegations in Paragraph 131 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 and, therefore, denies the same and demands strict proof thereof.

132. The allegations in Paragraph 132 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and, therefore, denies the same and demands strict proof thereof.

133. The allegations in Paragraph 133 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and, therefore, denies the same and demands strict proof thereof.

134. The allegations in Paragraph 134 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and, therefore, denies the same and demands strict proof thereof.

135. The allegations in Paragraph 135 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and, therefore, denies the same and demands strict proof thereof.

136. The allegations in Paragraph 136 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and, therefore, denies the same and demands strict proof thereof.

137. The allegations in Paragraph 137 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and, therefore, denies the same and demands strict proof thereof.

138. The allegations in Paragraph 138 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and, therefore, denies the same and demands strict proof thereof.

139. The allegations in Paragraph 139 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 and, therefore, denies the same and demands strict proof thereof.

140. The allegations in Paragraph 140 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and, therefore, denies the same and demands strict proof thereof.

141. The allegations in Paragraph 141 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and, therefore, denies the same and demands strict proof thereof.

142.   The allegations in Paragraph 142 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and, therefore, denies the same and demands strict proof thereof.

143.   The allegations in Paragraph 143 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and, therefore, denies the same and demands strict proof thereof.

144.   The allegations in Paragraph 144 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 and, therefore, denies the same and demands strict proof thereof.

145.   The allegations in Paragraph 145 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and, therefore, denies the same and demands strict proof thereof.

146.   The allegations in Paragraph 146 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and, therefore, denies the same and demands strict proof thereof.

147. The allegations in Paragraph 147 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 and, therefore, denies the same and demands strict proof thereof.

## COUNT V – TRANS UNION'S VIOLATION OF THE
## FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i

148. The allegations in Paragraph 148 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 and, therefore, denies the same and demands strict proof thereof.

149. The allegations in Paragraph 149 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 and, therefore, denies the same and demands strict proof thereof.

150. The allegations in Paragraph 150 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 and, therefore, denies the same and demands strict proof thereof.

151. The allegations in Paragraph 151 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 and, therefore, denies the same and demands strict proof thereof.

152. The allegations in Paragraph 152 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 and, therefore, denies the same and demands strict proof thereof.

153. The allegations in Paragraph 153 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 and, therefore, denies the same and demands strict proof thereof.

154. The allegations in Paragraph 154 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154 and, therefore, denies the same and demands strict proof thereof.

155. The allegations in Paragraph 155 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 and, therefore, denies the same and demands strict proof thereof.

156. The allegations in Paragraph 156 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 and, therefore, denies the same and demands strict proof thereof.

157. The allegations in Paragraph 157 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157 and, therefore, denies the same and demands strict proof thereof.

158. The allegations in Paragraph 158 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 and, therefore, denies the same and demands strict proof thereof.

159. The allegations in Paragraph 159 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and, therefore, denies the same and demands strict proof thereof.

160. The allegations in Paragraph 160 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and, therefore, denies the same and demands strict proof thereof.

161. The allegations in Paragraph 161 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 and, therefore, denies the same and demands strict proof thereof.

162. The allegations in Paragraph 162 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and, therefore, denies the same and demands strict proof thereof.

163. The allegations in Paragraph 163 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and, therefore, denies the same and demands strict proof thereof.

164. The allegations in Paragraph 164 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 and, therefore, denies the same and demands strict proof thereof.

165. The allegations in Paragraph 165 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and, therefore, denies the same and demands strict proof thereof.

166. The allegations in Paragraph 166 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and, therefore, denies the same and demands strict proof thereof.

167. The allegations in Paragraph 167 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and, therefore, denies the same and demands strict proof thereof.

168. The allegations in Paragraph 168 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 and, therefore, denies the same and demands strict proof thereof.

169. The allegations in Paragraph 169 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 and, therefore, denies the same and demands strict proof thereof.

170. The allegations in Paragraph 170 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170 and, therefore, denies the same and demands strict proof thereof.

171. The allegations in Paragraph 171 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 and, therefore, denies the same and demands strict proof thereof.

172. The allegations in Paragraph 172 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 and, therefore, denies the same and demands strict proof thereof.

173. The allegations in Paragraph 173 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173 and, therefore, denies the same and demands strict proof thereof.

174. The allegations in Paragraph 174 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174 and, therefore, denies the same and demands strict proof thereof.

175. The allegations in Paragraph 175 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 and, therefore, denies the same and demands strict proof thereof.

176. The allegations in Paragraph 176 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 and, therefore, denies the same and demands strict proof thereof.

177. The allegations in Paragraph 177 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 and, therefore, denies the same and demands strict proof thereof.

<div align="center">

**COUNT VI – TRANS UNION'S VIOLATION OF THE
FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681e(b)**

</div>

178. The allegations in Paragraph 178 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 and, therefore, denies the same and demands strict proof thereof.

179. The allegations in Paragraph 179 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 and, therefore, denies the same and demands strict proof thereof.

180.     The allegations in Paragraph 180 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 and, therefore, denies the same and demands strict proof thereof.

181.     The allegations in Paragraph 181 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 and, therefore, denies the same and demands strict proof thereof.

182.     The allegations in Paragraph 182 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 and, therefore, denies the same and demands strict proof thereof.

183.     The allegations in Paragraph 183 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and, therefore, denies the same and demands strict proof thereof.

184.     The allegations in Paragraph 184 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and, therefore, denies the same and demands strict proof thereof.

185.     The allegations in Paragraph 185 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185 and, therefore, denies the same and demands strict proof thereof.

186. The allegations in Paragraph 186 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and, therefore, denies the same and demands strict proof thereof.

187. The allegations in Paragraph 187 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 and, therefore, denies the same and demands strict proof thereof.

188. The allegations in Paragraph 188 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and, therefore, denies the same and demands strict proof thereof.

189. The allegations in Paragraph 189 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and, therefore, denies the same and demands strict proof thereof.

190. The allegations in Paragraph 190 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 and, therefore, denies the same and demands strict proof thereof.

191. The allegations in Paragraph 191 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191 and, therefore, denies the same and demands strict proof thereof.

192. The allegations in Paragraph 192 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 and, therefore, denies the same and demands strict proof thereof.

193. The allegations in Paragraph 193 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 and, therefore, denies the same and demands strict proof thereof.

194. The allegations in Paragraph 194 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 and, therefore, denies the same and demands strict proof thereof.

195. The allegations in Paragraph 195 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 and, therefore, denies the same and demands strict proof thereof.

196. The allegations in Paragraph 196 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 and, therefore, denies the same and demands strict proof thereof.

197. The allegations in Paragraph 197 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and, therefore, denies the same and demands strict proof thereof.

198. The allegations in Paragraph 198 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and, therefore, denies the same and demands strict proof thereof.

199. The allegations in Paragraph 199 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and, therefore, denies the same and demands strict proof thereof.

200. The allegations in Paragraph 200 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and, therefore, denies the same and demands strict proof thereof.

201. The allegations in Paragraph 201 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and, therefore, denies the same and demands strict proof thereof.

202. The allegations in Paragraph 202 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and, therefore, denies the same and demands strict proof thereof.

203. The allegations in Paragraph 203 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and, therefore, denies the same and demands strict proof thereof.

204. The allegations in Paragraph 204 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and, therefore, denies the same and demands strict proof thereof.

205. The allegations in Paragraph 205 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and, therefore, denies the same and demands strict proof thereof.

206. The allegations in Paragraph 206 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 and, therefore, denies the same and demands strict proof thereof.

207. The allegations in Paragraph 207 are not directed at Capital One and thus, no response from Capital One is required. To the extent a response is required, Capital One lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207 and, therefore, denies the same and demands strict proof thereof.

## COUNT VII – CAPITAL ONE'S VIOLATION OF THE
## FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681s-2(b)

208.    The allegations in Paragraph 208 call for a legal conclusion to which no response from Capital One is required. To the extent a response is required, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and, therefore, denies the same and demands strict proof thereof.

209.    The allegations in Paragraph 209 call for a legal conclusion to which no response from Capital One is required. To the extent a response is required, Capital One admits only that it furnishes information to consumer reporting agencies as permitted and required by law. Otherwise, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and, therefore, denies the same and demands strict proof thereof.

210.    Capital One admits that it reported information regarding Plaintiff's Discover account to Experian and Trans Union as permitted and required by law but denies that the account is fraudulent and demands strict proof thereof.

211.    Capital One denies the allegations in Paragraph 211 and demands strict proof thereof.

212.    Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and, therefore, denies the same and demands strict proof thereof.

213.    Capital One admits only that it received notice of certain disputes from credit reporting agencies regarding Plaintiff's account. Otherwise, Capital One lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and, therefore, denies the same and demands strict proof thereof.

214.     The allegations in Paragraph 214 call for a legal conclusion to which no response from Capital One is required. To the extent a response is required, Capital One admits only that the FCRA speaks for itself and denies any inconsistent characterization of the same.

215.     Capital One admits that certain disputes it received regarding Plaintiff's account disputed the account as a product of identity theft and included an FTC Identity Theft Report.

216.     Capital One denies the allegations in Paragraph 216 and demands strict proof thereof.

217.     Capital One denies the allegations in Paragraph 217 and demands strict proof thereof.

218.     Capital One denies the allegations in Paragraph 218 and demands strict proof thereof.

219.     Capital One denies the allegations in Paragraph 219 and demands strict proof thereof.

220.     Capital One denies the allegations in Paragraph 220 and demands strict proof thereof.

221.     Capital One denies the allegations in Paragraph 221 and demands strict proof thereof.

222.     Capital One denies the allegations in Paragraph 222 and demands strict proof thereof.

223.     Capital One denies the allegations in Paragraph 223 and demands strict proof thereof.

224.    Capital One admits that it verified that Plaintiff's account was at all times accurately reporting to the credit reporting agencies. To the extent the allegations in Paragraph 224 are intended to stand for additional or inconsistent propositions, Capital One denies the same and demands strict proof thereof.

225.    Capital One denies that its investigation was unreasonable and demands strict proof thereof. Otherwise, Capital One lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 and, therefore, denies the same and demands strict proof thereof.

226.    Capital One denies the allegations in Paragraph 226 and demands strict proof thereof.

227.    Capital One denies the allegations in Paragraph 227 and demands strict proof thereof.

228.    Capital One denies the allegations in Paragraph 228 and demands strict proof thereof.

229.    Capital One denies the allegations in Paragraph 229 and demands strict proof thereof.

230.    Capital One denies the allegations in Paragraph 230 and demands strict proof thereof.

231.    Capital One denies the allegations in Paragraph 231 and demands strict proof thereof.

232.    Capital One denies the allegations in Paragraph 232 and demands strict proof thereof.

233. Capital One denies the allegations in Paragraph 233 and demands strict proof thereof.

234. Capital One denies the allegations in Paragraph 234 and demands strict proof thereof.

235. Capital One denies the allegations in Paragraph 235 and demands strict proof thereof.

### Relief Requested

In response to the unnumbered Paragraph beginning with "WHEREFORE," and appearing below the heading "Relief Requested," and subparagraphs a through f thereunder, Capital One denies that Plaintiff is entitled to judgment in his favor, statutory damages, actual damages, punitive damages, costs, interest, attorneys' fees, or any other relief whatsoever, and demands strict proof thereof.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Capital One upon which relief can be granted.

### SECOND DEFENSE

Capital One affirmatively invokes any and all available defenses pursuant to the FCRA, including that it properly investigated and responded to any and all disputes received from a CRA and/or that such disputes were not timely or properly transmitted to Capital One as required to trigger Capital One's duties under the FCRA.

## THIRD DEFENSE

To the extent Plaintiff's claims are based on conduct occurring beyond the applicable statutes of limitations or in violation of the doctrine of laches, they are time barred.

## FOURTH DEFENSE

Plaintiff lacks Article III standing to assert the claims he has alleged against Capital One.

## FIFTH DEFENSE

Plaintiff's claims against Capital One are barred, in whole or in part, by the doctrines of recoupment and/or set-off for all amounts owed by Plaintiff on his account(s).

## SIXTH DEFENSE

Any violation of law, which Capital One denies, was not intentional and resulted, if at all, from a bona fide error notwithstanding maintenance of procedures reasonably adapted to avoid such errors.

## SEVENTH DEFENSE

Capital One denies that it is guilty of any wrongdoing, either negligent, wanton, willful, or otherwise.

## EIGHTH DEFENSE

To the extent Plaintiff has filed for bankruptcy protection, the claims asserted against Capital One are barred by any bankruptcy case, based on the doctrines of res judicata, judicial estoppel, 11 U.S.C. § 1327(a), 11 U.S.C. § 704, 11 U.S.C. § 541, waiver, equitable estoppel, and release.  Moreover, as a result of any such prior proceedings, Plaintiff is not the real party in interest to bring the present claims and lacks standing to pursue the causes of action.

68965853 v1

## NINTH DEFENSE

Plaintiff has not incurred any actual damage, including physical injury, pecuniary injury, dignitary injury, emotional distress, out-of-pocket harm, or other injuries justifying a claim for actual damages as a result of any actions taken by Capital One.

## TENTH DEFENSE

Plaintiff has failed to mitigate his damages, if any, and/or failed to act with reasonable diligence.

## ELEVENTH DEFENSE

Any violation of the law or damage suffered by Plaintiff, which Capital One denies, was the direct or proximate result, in whole or in part, of the Plaintiff's own negligence, misconduct, affirmative actions, and/or omissions and does not give rise to any liability of Capital One.

## TWELFTH DEFENSE

Plaintiff's alleged injuries and/or damages were the result of an intervening or superseding cause or the acts or omissions of third parties over which Capital One had no responsibility or control and for which Capital One may not be held liable.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel (including collateral estoppel and judicial estoppel), res judicata, laches, release, consent, ratification, acquiescence, novation, unclean hands and/or other equitable doctrines due to Plaintiff's own acquiescence, improper, or bad faith conduct.

## FOURTEENTH DEFENSE

The award of statutory penalties under the FCRA against Capital One would violate the prohibition against excessive fines of the United States Constitution.  Statutory penalties violate

68965853 v1

43

due process rights "where the penalty prescribed is so severe and oppressive as to be wholly disproportioned to the offense and obviously unreasonable." *United States v. Citrin*, 972 F.2d 1044, 1051 (9th Cir. 1992) (quoting *St. Louis, I.M. & S. Ry. Co. v. Williams*, 251 U.S. 63, 66-67 (1919)). Imposition of a statutory penalty that is excessive in this context may result in potential damages that are not proportional to the conduct alleged.

### FIFTEENTH DEFENSE

The imposition of punitive damages against Capital One would violate the Due Process provision of the United States Constitution. Specifically, grossly excessive penalties entered on a discretionary basis may amount to an "arbitrary deprivation of property without due process of law." *E.g., TXO Production Corp. v. Alliance Resources Corp.*, 509 U. S. 443, 453, 454 (1993); *BMW of North America, Inc. v. Gore*, 517 U.S. 559, 562 (1996).

### RESERVATION OF RIGHTS

Capital One reserves the right to assert additional defenses as discovery progresses. To the extent that any of the foregoing allegations in the Complaint have not been expressly admitted or denied, they are hereby denied.

Respectfully submitted this 30th day of June, 2026.

<div style="margin-left:45%">

*/s/ Ellen T. Mathews*
Ellen T. Mathews (Florida Bar: 122217)
Rachel B. Cash (Florida Bar: 114052)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
Email: emathews@burr.com
Email: rcash@burr.com
Secondary: jcarlin@burr.com

*Counsel for Defendant*

</div>

*Capital One, N.A., successor by merger to Discover Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of the Court.

*/s/ Ellen T. Mathews*
OF COUNSEL

68965853 v1

45